Probation Form No. 35
(1/92)

Report and Order Terminating Probation / Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## for the
## WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

V.                                              Crim. No. 1:01:CR:107-02

PATRICIA WAGNER

On January 4, 2005, the above named was placed on Supervised Release for a period of five years. She has complied with the rules and regulations of Supervised Release and is no longer in need of Supervised Release. It is accordingly recommended that Patricia Wagner be discharged from Supervised Release.

Respectfully submitted,

*/s/ Eric C. Hoffman*

Eric C. Hoffman
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Dated this  21st  day of  November , 2007.

/s/ Gordon J. Quist
The Honorable Gordon J. Quist
United States District Judge